EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crimes Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 3 2003

at __ o'clock and __ min. __ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>DONALD CLAYTON LEWIS,<br><br>            Defendant. | CR. NO. CR03-00403 -JM<br><br>INDICTMENT<br><br>[18 U.S.C. §922(g)(1); 18 U.S.C. §922(g)(3); and 18 U.S.C. §924(a)(2)] |

INDICTMENT

COUNT 1

[18 U.S.C. §922(g)(1) and §924(a)(2)]

The Grand Jury charges:

On or about May 29, 2003, in the District of Hawaii, the defendant, DONALD CLAYTON LEWIS, having been convicted of a

crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce, ammunition, to wit, 1) 28 cartridges of 9 mm ammunition and 2) 100 rounds of .357 Magnum ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 2

[18 U.S.C. §922(g)(3) and §924(a)(2)]

The Grand Jury further charges:

On or about May 29, 2003, in the District of Hawaii, the defendant, DONALD CLAYTON LEWIS, then being an unlawful user of a controlled substance as defined in Title 21, United States Code §802, knowingly possessed in and affecting commerce, ammunition, to wit, 1) 28 cartridges of 9 mm ammunition and 2) 100 rounds of .357 Magnum ammunition.

//
//
//
//
//
//
//
//
//
//

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED: August 13, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crimes Section

_____
EDRIC M. CHING
Assistant U.S. Attorney

U.S.A. v. DONALD CLAYTON LEWIS
Cr. No. _____
"Indictment"

3